# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ERIN FLANAGAN, Personal Representative of the Estate of Tessa Lauryn Perez, a minor child, deceased;** | 8:20CV273 |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **KIND, LLC, a New York limited liability company;** | |
| **Defendant.** | |

Counsel have advised the Court by email that the parties have conferred and agreed to a stay of case deadlines until they conduct mediation. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings and trials are terminated, pending the outcome of mediation.

2. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

3. If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference to reset the pretrial and trial settings.

Dated this 9th day of February, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge