IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIN FLANAGAN, Personal Representative of the Estate of T.P., a minor child, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>KIND, LLC, a New York limited liability company;<br><br>Defendant. | 8:20CV273<br><br>MEMORANDUM & ORDER |

The Court acknowledges the parties' joint motion to dismiss this suit, Filing No. 93, but notes the Court's independent obligation to review the proposed settlement of a minor's claims. *Clarke v. Burkle*, 570 F.2d 824 (8th Cir. 1978); *see also Dacanay v. Mendoza*, 573 F.2d 1075 (9th Cir. 1978) (surveying cases nationwide to same effect). The parties shall file, under seal as appropriate, the proposed settlement agreement and the order of approval by the County Court of Sarpy County. The parties may, should they wish, file a joint brief supporting approval of the settlement. Submissions are due January 6, 2023.

Dated this 15th day of December, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge